UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RULE 45 SUBPOENA TO NON-PARTY SAMUEL BANKMAN-FRIED | Case No.  23-mc-80052-JCS  <br><br>**ORDER RE MOTION TO QUASH**  <br>Re: Dkt. No. 1 |

Petitioner Sam Bankman-Fried filed a Motion to Quash Subpoena or, in the Alternative, for a Protective Order ("Motion") asking the Court to quash a subpoena issued by the Unsecured Creditors' Committee (the "UCC") in connection with proceedings in *In re Voyager Digital Holdings, Inc.*, No. 22-10943 (MEW), in the United States Bankruptcy Court for the Southern District of New York. [Docket No. 1].  The Court cannot decide the Motion without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (discovery application filed as a miscellaneous case is dispositive within the meaning of 28 U.S.C. § 636(b)(1)) where it is the only relief sought in the action). Accordingly, all parties shall file either a consent or declination to the jurisdiction of a Magistrate Judge in this matter by **March 1, 2023**. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court. In addition, UCC shall file a response to the Motion by **March 8, 2023.**

   **IT IS SO ORDERED.**

Dated:  February 22, 2023

JOSEPH C. SPERO
Chief Magistrate Judge