UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re VOYAGER DIGITAL HOLDINGS, INC.,

Case No. 23-mc-80052-JCS

**ORDER GRANTING REQUEST TO STAY CONSIDERATION OF MOTION TO QUASH, SETTING STATUS CONFERENCE AND EXTENDING DEADLINE TO FILE CONSENT OR DECLINATION TO MAGISTRATE JURISDICTION**

This action was brought by Samuel Bankman-Fried, who asked the Court to quash a subpoena to appear and testify ("Subpoena") served on him by the Official Committee of Unsecured Creditors (the "UCC") in *In re Voyager Digital Holdings Inc. et al.*, Case No. 22-10943, a bankruptcy proceeding currently pending before the United States Bankruptcy Court in the Southern District of New York. Today, Bankman-Fried informed the Court through his counsel that the Subpoena has, apparently, been withdrawn, at least for the time being, and requested that the Court stay consideration of his motion to quash for 90 days. That request is GRANTED. The Court extends the deadline for the UCC to consent or decline magistrate jurisdiction pursuant to 28 U.S.C. § 636(c) to **March 15, 2023.** A status conference will be conducted by Zoom webinar (id. 161 926 0804, password 050855) on **June 9, 2023 at 2:00 p.m.** The parties are requested to file a joint status report by **June 2, 2023.** The deadline for the UCC to respond to this action previously set by the Court of **March 8, 2023** shall remain unchanged. However, to the extent the UCC has withdrawn the Subpoena, it may respond by addressing the circumstances of the withdrawal and whether the action is now moot.

**IT IS SO ORDERED.**

Dated: March 2, 2023

JOSEPH C. SPERO
Chief Magistrate Judge