

**mwe.com**

Julian Andre
Attorney at Law
JAndre@mwe.com
+1 310 551 9335

**VIA CM/ECF & EMAIL**

March 8, 2023

The Honorable Joseph C. Spero
Chief United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, Courtroom F – 15th Floor
San Francisco, CA 94102

**RE:** *In re: Rule 45 Subpoena to Non-Party Samuel Bankman-Fried*, No. 3:23-mc-80052

Dear Chief Magistrate Judge Joseph C. Spero:

    We represent the Official Committee of Unsecured Creditors (the "Committee") in *In re: Voyager Digital Holdings, Inc., et al.*, No. 22-10943 (MEW) (Bankr. S.D.N.Y.) in connection with the motion to quash filed on behalf of Samuel Bankman-Fried on February 21, 2023 (the "Motion"). (ECF 1.) On March 8, 2023, counsel for Mr. Bankman-Fried submitted a letter to the Court withdrawing his Motion. (ECF 8.) Accordingly, the Committee has not filed a formal response to the Motion. As Mr. Bankman-Fried's Motion has been withdrawn, the case should be closed. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Julian André*

Julian André

cc:    Edward Schnitzer (eschnitzer@mmwr.com)
        Richard M. Simins (rsimins@mmwr.com)
        Jeremy Mishkin (jmishkin@mmwr.com)
        S. Gale Dick (sgdick@cohengresser.com)
        Alexandra K. Theobald (atheobald@cohengresser.com)
        Marc R. Lewis (mlewis@lewisllewellyn.com)
        Darren Azman (dazman@mwe.com)
        Joseph B. Evans (jbevans@mwe.com)
        Michael R. Huttenlocher (mhuttenlocher@mwe.com)
        Kelly Shami (kshami@mwe.com)



2049 Century Park East Suite 3200   Los Angeles CA 90067-3206   Tel +1 310 277 4110   Fax +1 310 277 4730

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 194920155-3.118593.0011